Decided March 12, 2004

### NEW CENTURY MORTGAGE CORPORATION *v.* NICHOLAS ATTICK, JR., ET AL.

The named defendant's petition for certification for appeal from the Appellate Court (AC 24647) is denied.

SULLIVAN, C. J., did not participate in the consideration or decision of this petition.

*Nicholas Attick, Jr.*, pro se, in support of the petition.

*Julia B. Morris*, in opposition.

Decided March 12, 2004